UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

"Mark",

     Plaintiff,

v.

GILMOUR ACADEMY; TIMON S. VEACH,
individually and as an agent of Defendant
GILMOUR ACADEMY; MICHAEL
CHIELLINO, individually and as an agent of
Defendant GILMOUR ACADEMY; JOSEPH
H. NOOK III, individually and as an agent of
Defendant GILMOUR ACADEMY; JONAH
WILLIAMS, individually and as an agent of
Defendant GILMOUR ACADEMY; MARK
FERFOLIA, JR. individually and as an agent of
Defendant GILMOUR ACADEMY;
DEFENDANT #7; KYLE MEAD; and
DEFENDANT #9

     Defendants.

**NOTICE OF PARTIAL MOTION TO DISMISS**

Case No. 8:25-cv-1110 (GTS/DJS)

**PLEASE TAKE NOTICE** that upon the accompanying Affirmation, and Memorandum of Law in Support of Defendant Gilmour Academy, Timon S. Veach, Michael Chiellino, Joseph H. Nook III, Jonah Williams, and Mark Ferolia, JR. (collectively "Gilmour Defendants") Motion to Dismiss, dated November 24, 2025, and upon all pleadings and proceedings had herein, Gilmour Defendants will move this Court, at a date and time to be set by the Court, at the United States Courthouse, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York 14614, before Honorable Glenn T. Suddaby, United States District Court Judge for the United States District Court, Northern District of New York, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the precedent and authority cited in each of defendants' Memorandum of Law, dismissing Plaintiff's THIRD cause of action in his Complaint against Gilmour Academy, and granting such other and further relief as the Court deems just.

PLEASE TAKE FURTHER NOTICE that defendants intend to file and serve reply papers and any opposition must be served at least fourteen (14) days prior to the return date by the Court.

Dated: Buffalo, New York
November 24, 2025

GOLDBERG SEGALLA LLP

_____
Michael E. Appelbaum, Esq.
*Attorneys for Gilmour Academy, Timon S. Veach, Michael Chiellino, Joseph H. Nook, III, Jonah Williams, and Mark Ferfolia, Jr.*
665 Main Street
Buffalo, NY 14203-1425
mappelbaum@goldbergsegalla.com
Phone: 716-566-5400

To: **All Counsel of Record**

IMANAGE\7267\0184\54363774.v1-11/24/25