UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

"MARK",

|  |  |
|---|---|
| | Plaintiff, |
| vs. | |
| GILMOUR ACADEMY, *et al*, | |
| | Defendants |

**AFFIDAVIT OF SERVICE**

Civil Case No. 8:25-CV-01110

STATE OF NEW YORK      )
COUNTY OF ONONDAGA  ) ss.:

Emily A. Cerio, being duly sworn, says that deponent is not a party to the action, is over 18 years of age and resides in Onondaga County, State of New York. That on the 11th day of February 202, your deponent caused to be served, by regular mail, a notice which has been electronically filed as document number 76 upon:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

by causing a copy of the same to be deposited in an enclosed postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Emily A. Cerio

Sworn to before me this
11th day of February 2026.

Notary Public

TINA M. D'AMICO
Notary Public, State of New York
Qual. In Onondaga Co. No. 01DA4843402
Commission Expires April 30, 20___

{H5034282.1}